IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-cr-75 |
| | ) | |
| | ) | MOTION TO AMEND |
| DARRYL LEE HANNEKEN, and | ) | CONDITIONS OF BOND |
| ROBERT EDWARD HERDRICH, | ) | |
| | ) | |
| Defendants, | ) | |

    Come now the Defendants, Darryl Lee Hanneken and Robert Edward Herdrich, by and through their respective counsel, Donovan S. Robertson and James Clements, and for their Motion to Amend Conditions of Bond, state to the Court as follows:

1.) Both defendants are currently subject to a $250,000.00 O/R bond from this Court.

2.) The bond aforementioned, as currently drafted, prohibits out-of-state travel.

3.) The defendants, and each of them, are self-employed in the cosmetology business.

4.) Defendant Hanneken has family in the State of Missouri.

5.) Both defendants are desirous of traveling to Illinois and to Missouri for business-related programs and events, including a convention.

6.) Tara Lindamood, United States Probation Officer, is aware of this request, and has no objection to allowing the defendants travel privileges to the States of Illinois and Missouri while they are on bond.

7.) Assistant United States Attorney Don Allegro, is likewise aware of this request, and has no objection to the relief sought in the motion.

8.) Attorney Robertson has spoken with both Ms. Lindamood and Mr. Allegro concerning this request.

9.) Neither defendant is a flight risk or a danger to the community.

WHEREFORE, the defendants, Darryl Lee Hanneken and Robert Edward Herdrich respectfully request that this Court amend the conditions of their bonds to allow travel to the States of Missouri and Illinois.

                                      Darryl Lee Hanneken, Defendant
                                      Robert Edward Herdrich, Defendant

                                    By:  /s/ Donovan S. Robertson
                                         Donovan S. Robertson
                                         Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 7, 2010

    BY:   CM/ECF

Donovan S. Robertson
Coyle, Gilman, Stengel,
Bailey& Robertson
100 17th Street. Suite 405
Rock Island, Illinois  61201
(309) 793-4005
(309) 788-0480 FAX
drobertson@cgslawfirm.com