IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARRYL LEE HANNEKEN and<br>ROBERT EDWARD HERDRICH,<br><br>　　　　Defendants. | No. 3:09-cr-0075-JAJ<br><br><br><br>**ORDER** |

　　　This matter comes before the court pursuant to defendants' September 7, 2010, Motion to Amend Conditions of Bond [dkt 70].

　　　**IT IS ORDERED** that the defendants' conditions of release are amended to permit travel to Illinois and Missouri.

　　　**DATED** this 14th day of September, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA